Case 3:18-cv-00280-MAS-LHG   Document 1-1   Filed 01/08/18   Page 1 of 1 PageID: 6

Attachment 1

E-FILED
Tuesday, 09 January, 2018  09:44:12 AM
Clerk, U.S. District Court, ILCD

Liqiang Wei

I have not filed a charge at EEOC for the discrimination against my job applications for a full professor position from Department of Physics at Princeton University this time.

However, I want to question the current practice, that has been seen in this complaint form, that there is an option for the plaintiff to chose from to sue the defendant for discrimination with a right to sue given from EEOC in this type of case. I do not believe that this right to sue is given from EEOC in all the circumstances but is the one owned by all the individual plaintiffs already. Following common sense or our constitution, a right to sue is for a basic civic right and is a basic civic right itself owned by all the individual plaintiffs. Obviously, if there is without a job like my case, then there is without a life like my incident. Therefore, a right to sue is intrinsically owned by all the individual plaintiffs. Giving a right to EEOC for the so-called approval of a right to sue for the plaintiff is deprival of the basic civic right that all the individual plaintiffs have possessed and that has been given by our constitution. Thus, the current practice giving the right to EEOC to give the plaintiff a right to sue is a violation of our constitution and is thereby illegal!

As could be easily understood, it is how ridiculous that EEOC has the right to give the plaintiff a right to sue after EEOC has denied the charge or right of the plaintiff! Isn't it crazy or mentally insane? Obviously, a federal district court must not be an appellate court! Also, if EEOC thinks that there is a better court that is a federal district court here, then EEOC must be dirt or bad itself by deduction or indeed as just has been known to be dirt or bad already! Furthermore, EEOC is not and has not been a trial court and cannot be and has not been within a court system for a regular level of court. Moreover, EEOC must absolutely not intervene a normal or regular judicious proceeding for filling and reviewing a charge or case. Therefore, the option or practice to request the approval for a right to sue from EEOC is ridiculous and is illegal!

EEOC must be separated from a court system, and cannot be an irregular or noncompliant part or level of the court system to replace a federal district court, or precede and intervene the proceeding of a case there even possibly intending to commit a crime! Again, the right given to EEOC to give the plaintiff for a right to sue is illegal and is against common sense or our constitution!