**Attachment 2**                                                                    Lijiang Wei

**Essential facts of my claim:**

(1) As can be seen, I have made essential and major contributions in quantum physics and quantum mechanics, and have the greatest and decisive achievements in quantum many-body theory and quantum statistics mechanics that are paramount to all the application fields of modern physics, that include theoretical condensed matter physics and theoretical biophysics. I have been therefore a number one theoretical physicist in the world at the present time. These statements or facts can be readily examined, and can also be open for discussion or debate in a democratic and professional way.

(2) I have been applied for a professor position in Department of Physics at Princeton University for a long time but have been mistreated with a denial in all my job applications that should include the most recent one which I have applied for last November. Because of my academic status that I have just stated, however, it is obvious that I must have been offered the job already instead of the denial. I must absolutely not be in the current case as has been seen, that is even without any job and without any money for me that is persecution and murdering to me! In fact, a job offer from a major or a department of a university like the one discussed here is merely for several top candidates who are from all the national and international applicants yearly and who are also typically the junior persons in their practicing fields of study during that year. Considering this situation and also my status as have been stated, I have therefore been extremely overqualified for the job for which I have applied for a long time that includes my most recent application. The stance from Department of Physics at Princeton University in their denying all my job applications must thus be absolutely due to their discrimination, and this discrimination is also because of my national origin, race, and age. Any other reasons for their denial of my job applications otherwise cannot be true as will be further described in the subsequent lists or paragraphs. There must therefore be absolutely an illegal action from this Department of Physics for their discrimination against all my job applications including the most recent one! I am enclosing all my job application materials as Attachment 3 that I have submitted on 11/08/2017 for my most recent job application for a full professor position mentioned for your information.

Meanwhile, I also want to alert that there are myriad frauds towards and around my researches and research achievements as have been described and known.

(3) On the part of this Department of Physics, further, they must and have to give a reason for their stance in denying all my applications for the job. On this consideration, I want to state that they are actually unable to give any good reasons for their denial of all my job applications, because any reasons from them for the denial, that must be and have to be discussed or debated democratically and professionally, will be easily found to be false or even criminal! Therefore, these reasons or excuses for the denial will not only show their nonprofessionalism or misconducts but will actually also become additional evidence for their discrimination!

(4) On 01/03/2018, I have my last contact with them stating my highest qualification for the job which I have applied for most recently. Two emails that I have sent for the job application mentioned are collected as Attachment 4 for your information too. As can be seen, Department of Physics at Princeton University have not done a professional and careful job toward my job application, rejecting a response to my communication. They have not practiced their professionalism in a usual way that a top university in the world must practice toward my job application that has the highest and far exceedingly distinguished qualification, and have not shown any professional sensation toward my researches and research achievements in theoretical physics that must be the most fundamental and the most important, representing new physics of century importance. They have been actually afraid to discuss my job qualification in any democratic or professional way. According to my previous experiences with them, they must have denied my job application for this year too as has been stated, and have also failed to promote my job qualification as has been seen. There are at least nonprofessionalism or misconducts from them toward my job application. As could be judged, these nonprofessionalism or misconducts must be actually due to their discrimination, because any kind of nonprofessionalism or misconducts must be and can be easily communicated, discussed, and corrected as known. As has been seen, this has not been for my case, nevertheless. Thereby, there must be and is indeed discrimination from them for their denial of all my job applications as has been claimed! For my situation or status, that I do

have the highest and also far exceedingly distinguished qualification for the job as has been stated, their stance in denying my job applications has constituted the essential fact for their discrimination! This discrimination is also because of my national origin, race, and age as has been claimed! This is besides the fact of the nonprofessionalism or misconducts from them who have rejected the discussion of my qualification for the job as I have requested and have failed to promote my job qualification, as has been shown in Attachment 4. For them, it is simply that if I were a white race or of the related origin or younger age, then I could be offered the job immediately in all my applications! This is discrimination and against laws! There is an illegal action or crime here!

**Consequences of illegal action and my requests:**

(1) As has been seen, because of their discrimination in all my job applications, I have been persecuting and murdering in all my career developments and advancements, and I have also been living in holocausts and have been in an extremely miserable and tragic life!

(2) I ask the court to order them for their acceptance of my job application immediately so that I can work and I can live!

(3) I particularly ask the court to order an emergent rescue right now for my personal life and work, getting out of destruction!

(4) I particularly ask the court to order an emergent treatment of my resulting and varied health and medical issues occurring in recent years that have been endangering my life!

(5) I ask the court to order them in due course to compensate all the losses for all my career developments and advancements as a number one physicist in the world and also all the losses for all my personal lives!