# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Urbana)
## CIVIL DOCKET FOR CASE #: 2:18−cv−02010−CSB−EIL

| | |
|---|---|
| Wei v. Department of Physics at Princeton University | Date Filed: 01/08/2018 |
| Assigned to: Judge Colin Stirling Bruce | Jury Demand: None |
| Referred to: Magistrate Judge Eric I. Long | Nature of Suit: 442 Civil Rights: Jobs |
| Cause: 29:621 Job Discrimination (Age) | Jurisdiction: Federal Question |

**Plaintiff**

**Liqiang Wei**   represented by   **Liqiang Wei**
Apt 7
1902 Karen Court
Champaign, IL 61822
217−239−8584
PRO SE

V.

**Defendant**

**Department of Physics at Princeton University**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/08/2018 | 1 | COMPLAINT against Department of Physics at Princeton University, filed by Liqiang Wei. (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4)(KE, ilcd) (Entered: 01/09/2018) |
| 01/08/2018 | 2 | MOTION for Leave to Proceed in forma pauperis by Plaintiff Liqiang Wei. Responses due by 1/22/2018 (Attachments: # 1 Exhibits, # 2 Summons, # 3 USM−285 Form)(KE, ilcd) (Entered: 01/09/2018) |
| 01/09/2018 |  | TEXT ORDER entered by Judge Colin Stirling Bruce on 1/9/2018. This court has thoroughly reviewed the complaint and documents attached thereto. According to the complaint, Defendant Department of Physics at Princeton University resides in Princeton, New Jersey. Further, it is clear that the events giving rise to the claim also occurred in Princeton, New Jersey. Therefore, venue in this district is improper. See 28 U.S.C. Sec 1391. The clerk is directed to transfer this case to the District of New Jersey. (KE, ilcd) (Entered: 01/09/2018) |