Dr. Liqiang Wei
1902 Karen Ct Apt 7
Champaign, IL 61822

February 9, 2018

Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Room 2020
Trenton, NJ 08608

RECEIVED

FEB 13 2018

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Dear Ms. Gina Hernandez:

My name is Liqiang Wei. I have a case that was originally filed at Central District of Illinois for United States District Court has been transferred to this District of New Jersey for United States District Court with case #: 3:18-cv-00280. I believe that my case has been approved for proceeding in forma pauperis. Could you then tell me what is the timeline for further proceeding my case at this District of New Jersey for United States District Court? For a fast and convenient communication, I am again providing my email address as: liqiangwei@iphys.org, and my phone number as: (217)239-8584 to you.

Thank you.

Truly,

Liqiang Wei

Dr. Liqiang Wei
1902 Karen Ct Apt 7
Champaign, IL 61822

Clarkson S. Fisher Building
 & U.S. Courthouse
402 East State Street
 Room 2020
Trenton, NJ 08608