UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LIQIANG WEI,

        Plaintiff,

v.

DEPARTMENT OF PHYSICS AT
PRINCETON UNIVERSITY,

        Defendant.

Civil Action No. 18-280 (MAS) (LHG)

**MEMORANDUM ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

This matter comes before the Court on the application of Plaintiff Liqiang Wei to proceed without prepayment of fees under 28 U.S.C. § 1915. (Application, ECF 2-1.) The Court denies Plaintiff's application for indigence without prejudice because Plaintiff failed to use the proper *in forma pauperis* application. Moreover, the Court notes that although Plaintiff claims to not receive monthly income and has several monthly expenses, he also stated he has $15,050.00 "in cash or in a checking or savings account . . . ." (ECF. No 2.) Accordingly,

IT IS on this 12th day of September 2018, **ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2-1) is **DENIED WITHOUT PREJUDICE**.

2. By **September 21, 2018**, Plaintiff may refile an application to proceed *in forma pauperis* using the Long Form Application entitled Form AO 239, found at http://www.uscourts.gov/forms/fee-waiver-application-forms/application-proceed-district-court-without-prepaying-fees-or.

3. The clerk is ordered to close the file. Plaintiff may submit payment in the amount of **$400** by **September 21, 2018**, at which time the Court will reopen the matter. If

Plaintiff refiles an amended *in forma pauperis* application, the Court will reopen the matter and review the application pursuant to 28 U.S.C. § 1915.

/s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**