UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LIQIANG WEI,

          Plaintiff,

   v.

HERMAN L. VERLINDE,

          Defendant.

Civil Action No. 18-280 (MAS) (LHG)

**MEMORANDUM ORDER**

This matter comes before the Court upon the application of *pro se* Plaintiff Liqiang Wei ("Plaintiff") to proceed without prepayment of fees pursuant to 28 U.S.C. § 1915. (Appl., ECF No. 8.) Plaintiff stated in his application that he spends $28.74 per month in regular expenses for operating his business and profession. (*Id.*) Plaintiff also indicated that the $28.74 figure does not include "self-paid wages and the business parts of the car and truck expenses and utilities." (*Id.*) Although Plaintiff indicated that he has "self-paid wages," Plaintiff stated that his average monthly income from "Employment" and "Self-employment" were both "0.00." (*Id.*) Because it is unclear to the Court whether Plaintiff receives any income, via self-employment or otherwise, the Court denies Plaintiff's application to proceed *in forma pauperis*. The Court, however, finds good cause to allow Plaintiff the opportunity to clarify his answers and submit another *in forma pauperis* application.

Accordingly,

**IT IS** on this 11th day of February 2020, **ORDERED** that:

1. The Clerk shall reopen this matter.
2. Plaintiff's application to proceed *in forma paurperis* (ECF No. 8) is **DENIED**.
3. The Clerk shall close this matter.

4. By **March 11, 2020**, Plaintiff may submit a new *in forma pauperis* application, the form of which is attached to this Memorandum Order. Alternatively, by **March 11, 2020**, Plaintiff may submit the $400 filing fee, and the Clerk will reopen the matter.

/s/ Michael A. Shipp
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE